UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lincoln Latham

    v.                                Case No. 23-cv-12041-SDE

The Honorable Richard G. Stearns

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Talesha Leah Saint-Marc dated
October 1, 2024.  For the reasons explained therein, this case is
dismissed without prejudice. "'[O]nly those issues fairly raised by
the objections to the magistrate's report are subject to review in the
district court and those not preserved by such objection are precluded
on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d
554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health &</u>
<u>Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United</u>
<u>States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper
notice, failure to file a specific objection to magistrate's report
will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge
Sitting by Designation

Date: October 23, 2024

cc:  Lincoln Latham, pro se